# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

DAPHNE GUNTER,
    Plaintiff,

v.
                                      Civil Action No. 1:19-cv-12502-IT

SHAPLEY & STERN, INC,
    Defendant.


## SETTLEMENT ORDER OF DISMISSAL

**Talwani, D.J.**

The court having been advised on March 1, 2022, that the above-entitled

action has been settled,

IT IS ORDERED that this action is hereby dismissed, without costs and without

prejudice to the right of any party, to reopen the action within forty-five (45) days if

settlement is not consummated.


Dated: March 3, 2022
                             By the Court,
                             /s/Gail A. Marchione,
                             Courtroom Deputy Clerk